1  PHILLIP A. TALBERT
   United States Attorney
2  GREGORY T. BRODERICK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2780
   Facsimile: (916) 554-2900
5
   Attorneys for the United States
6
   LESTER J. MARSTON
7  California State Bar No. 081030
   RAPPORT AND MARSTON
8  405 West Perkins Street
   Ukiah, California 95482
9  Telephone: 707-462-6846
   Facsimile: 707-462-4235
10 Email: marston1@pacbell.net

11 Attorney for Plaintiffs

12

13                IN THE UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA
14

15 ALTURAS INDIAN RANCHERIA              CASE NO.  CASE 2:17-CV-01750-TLN-CMK

16            Plaintiffs,

17 v.                                    **STIPULATION AND ORDER FOR
                                         EXTENSION OF TIME TO RESPOND TO
                                         COMPLAINT, and TO FILE JOINT
18 RYAN ZINKE, Secretary of the United States   STATUS REPORT**
   Department of the Interior, et al.
19            Defendants.               **[E.D. Cal. Local Rule 144(a)]**

20

21        Plaintiffs served their complaint in this matter on the United States Attorney's Office on or about

22 August 24, 2017.  Pursuant to Federal Rule of Civil Procedure 4(i), the United States' responsive

23 pleading was due on October 23, 2017.  Defendants previously filed a notice of related case (Dkt. No.

24 4), and the Court re-assigned the case based on that notice, but there has been no substantive activity in

25 the matter.  The parties previously agreed to an initial extension of 28 days, such that the responsive

26 pleading is now due November 20, 2017.

27        Given the complex issues presented in this case, and the need to coordinate with various

28 divisions within the Department of Justice to determine principal responsibility in this matter, all of

          Stip. and Order to Extend Responsive Pleading Deadline and Joint Status          1
          Report

1    which has now been completed, Plaintiffs and Defendants, by and through their respective counsel, and

2    pursuant to Local Rule 144, hereby stipulate and propose as follows:

3         (1) Defendants shall have an extension of 30 days, up to and including December 20, 2017,

4              within which to respond to Plaintiffs' Complaint; and

5         (2) The deadline for submitting the Joint Status Report shall be continued to January 16, 2018.

6                                                  Respectfully Submitted,

7    Dated:  November 16, 2017                     PHILLIP A. TALBERT
                                                   United States Attorney
8
                                                   /s/ *Gregory T. Broderick*
9                                                  GREGORY T. BRODERICK
                                                   Assistant United States Attorney
10

11
                                                   /s/ *Lester J. Marston (authorized 11/15/17)*
12                                                 LESTER J. MARSTON
                                                   Attorney for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Good Cause Appearing, IT IS SO ORDERED.

 (1) Defendants shall respond to Plaintiffs' Complaint on or before December 20, 2017; and

 (2) The parties shall submit a Joint Status Report on or before January 16, 2018.

Dated: December 5, 2017

_____
Troy L. Nunley
United States District Judge