PHILLIP A. TALBERT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the United States

LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTURAS INDIAN RANCHERIA, et al., | CASE NO. CASE 2:17-CV-01750-TLN-CMK |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, and TO FILE JOINT STATUS REPORT** |
| RYAN ZINKE, Secretary of the United States Department of the Interior, et al. | |
| Defendants. | [E.D. Cal. Local Rule 144(a)] |

Plaintiffs served their complaint in this matter on the United States Attorney's Office on or about August 24, 2017. Pursuant to Federal Rule of Civil Procedure 4(i), the United States' responsive pleading was due on October 23, 2017. Defendants previously filed a notice of related case (Dkt. No. 4), and the Court re-assigned the case based on that notice, but there has been no substantive activity in the matter. The parties previously agreed to two extensions of time for the United States to respond, such that the responsive pleading is now due December 20, 2017.

The prior extensions were necessary to evaluate the complex issues presented in this case, and to coordinate with various divisions within the Department of Justice to determine principal responsibility

in this matter. That has all been completed. The responsible attorney for the United States was recently and unexpectedly ill, however, making it infeasible to respond on the current due date. Therefore, Plaintiffs and Defendants, by and through their respective counsel, and pursuant to Local Rule 144, hereby stipulate and propose as follows:

(1) Defendants shall have an extension of 16 days, up to and including January 5, 2018, within which to respond to Plaintiffs' Complaint; and

(2) The deadline for submitting the Joint Status Report shall be continued to February 8, 2018.

No further requests for extension for this pleading are expected.

Respectfully Submitted,

Dated: December 20, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney


/s/ *Lester J. Marston (authorized 12/20/17)*
LESTER J. MARSTON
Attorney for Plaintiff

Good Cause Appearing, IT IS SO ORDERED.

(1) Defendants shall respond to Plaintiffs' Complaint on or before January 5, 2018; and

(2) The parties shall submit a Joint Status Report on or before February 8, 2018.

DATED: December 20, 2017

_____
Troy L. Nunley
United States District Judge