McGREGOR W. SCOTT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the United States

LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY DEL ROSA AND ALTURAS INDIAN RANCHERIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RYAN ZINKE, Secretary of the United States Department of the Interior, et al. <br><br> Defendants. | CASE NO. 2:17-CV-01750-TLN-CMK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, and TO FILE JOINT STATUS REPORT** <br><br> **[E.D. Cal. Local Rule 144(a)]** |

Plaintiffs served their complaint in this matter on the United States Attorney's Office on or about August 24, 2017. Pursuant to Federal Rule of Civil Procedure 4(i), the United States' responsive pleading was due on October 23, 2017. Defendants previously filed a notice of related case (Dkt. No. 4), and the Court re-assigned the case based on that notice, but there has been no substantive activity in the matter. The parties previously agreed to extensions of time for the United States to respond, up to and including January 5, 2018.

The prior extensions were necessary to evaluate the complex issues presented in this case, and to

coordinate with various divisions within the Department of Justice to determine principal responsibility in this matter. Although that process is complete and the parties were exploring settlement of the case and did not expect further extensions, the United States has discovered a potential conflict of interest/appearance of impropriety issue that requires investigation to determine whether recusal of certain of its attorneys is appropriate. This process cannot be completed by the responsive pleading deadline of January 5, 2018 (i.e. tomorrow). Therefore, Plaintiffs and Defendants, by and through their respective counsel, and pursuant to Local Rule 144, hereby stipulate and propose as follows:

(1) Defendants shall have an extension of 30 days, up to and including February 5, 2018, within which to respond to Plaintiffs' Complaint; and

(2) The deadline for submitting the Joint Status Report shall be continued to February 12, 2018.

Respectfully Submitted,

Dated: January 4, 2017

McGREGOR W. SCOTT
United States Attorney

/s/ *Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney


/s/ *Lester J. Marston (authorized 01/04/17)*
LESTER J. MARSTON
Attorney for Plaintiff

Good Cause Appearing, IT IS SO ORDERED.

    (1) Defendants shall respond to Plaintiffs' Complaint on or before February 5, 2018; and

    (2) The parties shall submit a Joint Status Report on or before February 12, 2018.

DATED: January 05, 2018

_____
Troy L. Nunley
United States District Judge