LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net

Attorney for Plaintiffs


JEFFREY H. WOOD
Acting Assistant Attorney General
ANDREA L. BERLOWE
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
P.O. Box 7415
Washington, DC 20044-7415
Email: andrea.berlowe@usdoj.gov
Telephone: (202) 305-0478
Facsimile: (202) 514-4231

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY DEL ROSA, and ALTURAS INDIAN RANCHERIA, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, Secretary of the United States Department of the Interior, et al.<br><br>                Defendants. | Case No. 2:17-cv-01750-TLN-CMK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS MOTION TO DISMISS**<br><br>**[E.D. Cal. Local Rule 144(a)]**<br><br>Date: April 19, 2018<br>Time: 2:00 p.m. PDT<br>Courtroom: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley |

The parties hereby stipulate as follows:

1. Defendants filed its motion to dismiss plaintiffs' complaint on March 19, 2018.

2. The hearing on defendants' motion to dismiss is set for April 19, 2018 at 2:00 p.m.

1

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS

3. Counsel for the plaintiffs is the attorney of record responsible for the preparation and filing of briefs and presenting oral argument in the following cases pending before the Ninth Circuit Court of Appeals and the Seventh Circuit Court of Appeals in the following cases: *United States of America, Ramona Band of Cahuilla, and Cahuilla Band of Indians v. Gregory Burnett and Fallbrook Public Utility District*, in the United States Court of Appeals for the Ninth Circuit, No. 17-55664; *Chemehuevi Indian Tribe, et al. v. John McMahon, et al.*, in the United States Court of Appeals for the Ninth Circuit, No. 17-56791; *Chemehuevi Indian Tribe, et al. v. Edmund Brown, Jr., et al.*, in the United States Court of Appeals for the Ninth Circuit, No. 17-55604; *Stockbridge-Munsee Community v. State of Wisconsin, et al.*, in the United States Court of Appeals for the Seventh Circuit, No. 18-1449; *Yurok Tribe v. Resighini Rancheria, et al.*, in the United States Court of Appeals for the Ninth Circuit, No. 18-15309; and *Andrew Allen, et al v. USA, et al.*, in the United States Court of Appeals for the Ninth Circuit, No. 17-17463.

4. Counsel for the plaintiffs currently has an opening brief due in *Chemehuevi v. McMahon* on April 9, 2018; an opening brief due in *Allen v. USA* on April 20, 2018; an opposition brief due in *Stockbridge Munsee Community v. State of Wisconsin* on May 23, 2018; and an opposition brief due in *Yurok v. Resighini* on June 25, 2018.

5. In addition to this case, plaintiff's counsel has a brief due April 10, 2018 in *April Diwald v. Jessica Jackson*, in the United States District Court Northern District of California, Case No. 16-cv-0128-RM.

6. In order to prepare the briefs due in the Ninth Circuit Court of Appeals, Seventh Circuit Court of Appeals, United States District Court, and in this case, plaintiffs' counsel needs an extension of time until May 7, 2018 to file its opposition to defendants' motion to dismiss in this case.

7. Plaintiffs have not requested a previous extension of time in this case.

8. The parties agree that the Court can grant the plaintiffs request for an extension of time.

9. The parties agree that the Court can issue an order granting the plaintiffs request for an extension of time until May 7, 2018, to file its opposition to defendants' motion to dismiss.

10. The parties shall file their joint status report, which was due on March 26, 2018, on or before the expiration of twenty (20) days after the Court rules on the defendants' motion to dismiss.

DATED: April 6, 2018                                      Respectfully Submitted,

RAPPORT AND MARSTON

By:   */s/ Lester J. Marston*
      LESTER J. MARSTON
      Attorney for Plaintiffs,
      Alturas Indian Rancheria and
      Wendy Del Rosa, Chair


JEFFREY H. WOOD
Acting Assistant Attorney General



By:   /s/ *Andrea L. Berlowe*
      ANDREA L. BERLOWE
      Senior Counsel


## ORDER

Having read the foregoing stipulation of the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' opposition brief to defendants' motion to dismiss shall be filed on or before May 7, 2018;

2. Defendants' reply brief to plaintiffs' opposition shall be due fourteen (14) days prior to the hearing set by the Court on defendants' motion to dismiss.

3. The hearing currently set on April 19, 2018, on defendants' motion to dismiss is vacated.

4. A hearing on defendants' motion to dismiss is set for May 31, 2018, at 2:00 p.m. in Courtroom 2, 15th floor.

5. The parties shall file a joint status report on or before the expiration of twenty (20) days after the Court rules on the defendants' motion to dismiss.

Dated: April 9, 2018

_____
Troy L. Nunley
United States District Judge