LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net

Attorney for Plaintiffs


 JEFFREY H. WOOD
Acting Assistant Attorney General
ANDREA L. BERLOWE
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
P.O. Box 7415
Washington, DC 20044-7415
Email: andrea.berlowe@usdoj.gov
Telephone: (202) 305-0478
Facsimile: (202) 514-4231

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENDY DEL ROSA, and ALTURAS INDIAN RANCHERIA, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, Secretary of the United States Department of the Interior, et al.<br><br>                Defendants. | Case No. 2:17-cv-01750-TLN-CMK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**[E.D. Cal. Local Rule 144(a)]**<br><br>Date: May 31, 2018<br>Time: 2:00 p.m. PDT<br>Courtroom: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley |

The parties hereby stipulate as follows:

1.      Defendants filed their Motion to Dismiss Plaintiffs' Complaint on March 19, 2018.

| | |
|---|---|
| 1 | 2. Following a stipulation by the parties, and an Order by this Court, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on May 7, 2018. |
| 2 | 3. The hearing on Defendants' Motion to Dismiss is currently set for May 31, 2018, at 2:00 p.m. |
| 3 | 4. In addition to serving as counsel of record for Defendants in this case, Defendants' primary counsel serves in a variety of other roles in the Environment and Natural Resources Division's (ENRD) Law and Policy Section, including as the primary ethics and professional responsibility advisor for the approximately 450 attorneys employed by ENRD. This role requires her to field questions on a wide variety of subjects as they arise, which is not predictable. She also serves as ENRD's Counselor for State and Local Matters, which involves work on a broad spectrum of matters. In the latter role, Defendants' counsel is currently involved in high-level settlement discussions with multiple federal, state, and local agencies in a complex, multi-party case. These discussions are occupying substantial amounts of time. |
| 4 | 5. Substantive briefs filed by ENRD attorneys, such as Defendants' Reply, are subject to internal review prior to filing. This review typically takes two to three business days for a brief such as Defendants' Reply. |
| 5 | 6. In light of the press of the other business described above, and Defendants' internal review process for all substantive briefs, Defendants' counsel needs an extension of time until May 31, 2018, to file its Reply in Support of Defendants' Motion to Dismiss in this case. |
| 6 | 7. Defendants' current counsel of record has requested one previous extension of time in this case. |
| 7 | 8. The parties agree that the Court can grant Defendants' request for an extension of time. |
| 8 | 9. The parties further wish to notify the Court that they are available for a hearing on Defendants' Motion to Dismiss on any of the following Thursdays: June 7 or 14, or July 5, 2018. |

10. In accordance with this Court's Order of April 9, 2018, and based on their prior stipulation, the parties agree to file a Joint Status Report on or before twenty days after the Court rules on Defendants' Motion to Dismiss.

DATED: May 16, 2018.

    Respectfully Submitted,

    JEFFREY H. WOOD
    Acting Assistant Attorney General

By:   /s/ *Andrea L. Berlowe*
    ANDREA L. BERLOWE
    Senior Counsel

    RAPPORT AND MARSTON

By:   */s/ Lester J. Marston*
    LESTER J. MARSTON
    Attorney for Plaintiffs,
    Alturas Indian Rancheria and
    Wendy Del Rosa, Chair

# ORDER

Having read the foregoing stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1. Defendants shall file a reply in support of their Motion to Dismiss on or before May 31, 2018;

2. The hearing on Defendants' Motion to Dismiss, currently set for May 31, 2018, is hereby vacated.

3. A hearing on Defendants' Motion to Dismiss is set for __June 14__ 2018, at __2:00__ p.m. in Courtroom 2, 15th floor.

4. The parties shall file a Joint Status Report on or before twenty (20) days after this Court rules on Defendants' Motion to Dismiss.

Dated: May 18, 2018

_____
Troy L. Nunley
United States District Judge